1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES, for the Use of    )  Case No. 2:10-cv-01954 JAM EFB
    YAMAS ENVIRONMENTAL SYSTEMS,     )
12  INC. a California corporation,   )
                                     )  ORDER GRANTING WEATHERPROOFING
13                    Plaintiff,     )  TECHNOLOGIES, INC.'S MOTION
                                     )  FOR LEAVE TO INTERVENE
14       v.                          )
                                     )
15  TREMCO INCORPORATED, an Ohio     )
    corporation, KAISER AIR          )
16  CONDITIONING AND SHEET METAL,    )
    INC., a California corporation;  )
17  and DOES 1 through 10 inclusive, )
                                     )
18                    Defendants.    )

19       This matter comes before the Court on Weatherproofing

20  Technologies, Inc.'s ("Weatherproofing") Motion for Leave to

21  Intervene in the above captioned matter pursuant to Federal Rule of

22  Civil Procedure 24 (Doc. #14).  No party opposed the Motion for

23  Leave to Intervene.[1]

24

25                                  ORDER

26       After carefully considering the papers submitted in this

27  _____

28  [1] This motion was determined to be suitable for decision without
    oral argument. E.D. Cal. L.R. 230(g).  The hearing was originally
    scheduled for June 15, 2011.

                                    1

1  matter, it is hereby ordered that Weatherproofing's Motion for

2  Leave to Intervene is GRANTED and Weatherproofing's Complaint in

3  Intervention (Doc. #16, Exhibit A) is deemed filed as of the date

4  of this Order.

5      IT IS SO ORDERED.

6  Dated: June 17, 2011

   _____
   JOHN A. MENDEZ,
7  UNITED STATES DISTRICT JUDGE

2