| | |
|---|---|
| Thomas G. Trost (SBN 151961) | SCHIFF HARDIN LLP |
| Jason M. Sherman (SBN 232420) | Robert B. Mullen (SBN 136346) |
| SPROUL TROST LLP | One Market, Spear Street Tower |
| 3200 Douglas Boulevard, Suite 300 | Thirty-Second Floor |
| Roseville, California 95661 | San Francisco, CA 94105 |
| Telephone: (916) 783-6262 | Telephone: (415) 901-8700 |
| Facsimile: (916) 783-6252 | Facsimile: (415) 901-8701 |
| Attorneys for Use Plaintiff and Defendant Yamas Environmental Systems, Inc. | Attorneys for Defendant Tremco Incorporated and Plaintiff in Intervention Weatherproofing Technologies, Inc. |

Mark L. Dawson (SBN 166956)
Eric S. Ritigstein (SBN 249026)
MIDDLEBROOK, KAISER, HENGESBACH & DAWSON
500 La Gonda Way, Suite 205
Danville, CA 94526
Telephone: (925) 718-1040, ext 301
Facsimile: (925) 743-1148

Attorneys for Defendant Kaiser Air Conditioning and Sheet Metal, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the Use of YAMAS ENVIRONMENTAL SYSTEMS, INC., a California corporation, | Case No. 2:10-cv-01954 JAM EFB |
| Plaintiff; | **STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULING AND TRIAL DATES** |
| v. | JUDGE: John A. Mendez_____ |
| TREMCO INCORPORATED, an Ohio corporation; KAISER AIR CONDITIONING AND SHEET METAL, INC.; a California corporation; and DOES 1 through 10 Inclusive; | |
| Defendants. | |
| WEATHERPROOFING TECHNOLOGIES, INC., an Ohio corporation; | |
| Plaintiff in Intervention; | |
| v. | |
| YAMAS ENVIRONMENTAL SYSTEMS, INC., a California corporation, and ROES 1 through 10, Inclusive; | |
| Defendants in Intervention. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Through this stipulation and proposed order, plaintiff YAMAS ENVIRONMENTAL SYSTEMS, INC. ("Plaintiff" or "YAMAS") defendants TREMCO INCORPORATED ("TREMCO"),  KAISER AIR CONDITIONING AND SHEET METAL, INC. ("KAISER") and Plaintiffs in Intervention WEATHERPROOFING TECHNOLOGIES, INC. (WEATHERPROOFING") collectively referred to herein as the "Parties," stipulate, pursuant to Civil Local Rules 143 and 144, and request that the Court enter an Order to extend the pretrial and trial dates as follows, and for the reasons described below:

## STIPULATION

WHEREAS, on December 6, 2010, the Court entered its Status (Pre-trial Scheduling) Order (Docket 13, docketed December 7, 2010), setting forth pretrial and trial dates for this action.

WHEREAS, pursuant to the Court's December 6, 2010 Order, the current pretrial and trial schedule is as follows:

1. The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by August 12, 2011, and supplemental disclosures and disclosures of any rebuttal witnesses under Fed. R. Civ. P. 26(a)(2)(C) by August 26, 2011;

2. All discovery shall be completed by October 14, 2011;

3. All dispositive motions shall be filed by November 9, 2011;

4. Hearing on such motions shall be on December 7, 2011 at 9:30 a.m. in Courtroom # 6;

5. The final pre-trial conference is set for February 3, 2012 at 2:00 p.m.; and

6. Jury trial in this matter is set for March 12, 2012 at 9:00 a.m.

WHEREAS, the Parties wish to explore mediation upon the close of discovery, but require a significant extension of time to complete the required discovery, for the reasons stated below, and cannot mediate or conduct a trial of this action until certain issues are resolved.

WHEREAS, YAMAS will also need to depose numerous parties, including, the general contractor.

WHEREAS, YAMAS in order to complete discovery, file its dispositive motion, and adequately prepare for trial under the current case schedule will need additional time and the Parties will not be in a

PDF created with pdfFactory trial version www.pdffactory.com

position to make their respective expert disclosures until additional discovery is completed.

WHEREAS, in order to explore the potential for an out-of-court resolution, the Parties would also like to amend the case schedule to enable the Parties to proceed directly to mediation following the close of discovery and before the filing of any dispositive motions.

WHEREAS, in light of the foregoing, the Parties seek to extend the deadlines for expert disclosures and the discovery cut-off by approximately 120 days, to carve out a period after the close of discovery and before the filing of any dispositive motions to allow for a mediation to take place, and for any such dispositive motions to be filed in February 2012, with the hearing, final pretrial conference, and trial dates adjusted to follow accordingly in 2012.

**NOW, THEREFORE, pursuant to Local Rules 143 and 144, the Parties jointly request and HEREBY STIPULATE that pretrial and trial dates for this action be extended as follows**:

1. The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **September 13, 2011**, and supplemental disclosures and disclosures of any rebuttal witnesses under Fed. R. Civ. P. 26(a)(2)(C) by **November 14, 2011**;

2. All discovery shall be completed by **January 16, 2012**;

6. All dispositive motions shall be filed by **February 9**, **2012**;

5. Hearing on such motions shall be on **March 7, 2012**, at 9:30 a.m. in Courtroom # 6;

6. The final pre-trial conference is set for **May 4, 2012**, at 10:00 a.m.; and

7. Jury trial in this matter is set for **June 11, 2012** at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: August 11, 2011                                            **SPROUL TROST, LLP**

By:   /s/ Thomas G. Trost
      Thomas G. Trost
      Jason M. Sherman
      Attorneys for Use Plaintiff and Defendant
      Yamas Environmental Systems, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 11, 2011            **SCHIFF HARDIN LLP**

By:   /s/ Robert B. Mullen (as auth on 8/11/11)
        Robert B. Mullen
        Attorneys for Defendant Tremco
        Incorporated and Plaintiff in Intervention
        Weatherproofing Technologies, Inc.

Dated: August 11, 2011            **MIDDLEBROOK, KAISER, HENGESBACH & DAWSON**

By:   /s/ Mark L. Dawson   (as auth on 8/11/11)
        Mark L. Dawson
        Attorneys for Defendant Kaiser Air
        Conditioning and Sheet Metal, Inc

.

## ORDER ON STIPULATION

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: August 12, 2011

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE