1  Thomas G. Trost (SBN 151961)
   Jason M. Sherman (SBN 232420)
2  SPROUL TROST LLP
   3200 Douglas Boulevard, Suite 300
3  Roseville, California  95661
   Telephone:  (916) 783-6262
4  Facsimile:  (916) 783-6252

5  Attorneys for Use Plaintiff Yamas
   Environmental Systems, Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES, for the Use of YAMAS ENVIRONMENTAL SYSTEMS, INC., a California corporation, | Case No. 2:10-cv-01954 JAM EFB
12 | | **NOTICE OF SETTLEMENT AND DISMISSAL**
13 |               Plaintiff; |
14 | v. |
15 | TREMCO INCORPORATED, an Ohio corporation; KAISER AIR CONDITIONING AND SHEET METAL, INC.; a California corporation; and DOES 1 through 10 Inclusive; |
16 | |
17 |               Defendants. |
18 | WEATHERPROOFING TECHNOLOGIES, INC., an Ohio corporation; |
19 | |
20 |               Plaintiff in Intervention; |
21 | v. |
22 | YAMAS ENVIRONMENTAL SYSTEMS, INC., a California corporation, and ROES 1 through 10, Inclusive; |
23 | |
24 |               Defendants in Intervention. |

25

26  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27       PLEASE TAKE NOTICE that Plaintiff, Yamas Environmental Systems, Inc., Defendants,

28  Tremco Inc., and Kaiser Air Conditioning and Sheet Metal, Inc., and Plaintiff in Intervention,

1 | Weatherproofing, Inc., hereby notify the Court that the parties have executed a settlement agreement
2 | resolving this matter.
3 |     NOTICE IS HEREBY GIVEN that the parties stipulate to dismissal of this action with prejudice.
4 | Dated:  December 5, 2011             **SPROUL TROST, LLP**

By: /s/ Thomas G. Trost
Thomas G. Trost
Jason M. Sherman
Attorneys for Plaintiff Yamas Environmental
Systems Inc.

**IT IS SO ORDERED**.

DATED:  12/6/2011             /s/ John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com