1  Thomas G. Trost (SBN 151961)
   Jason M. Sherman (SBN 232420)
2  SPROUL TROST LLP
   3200 Douglas Boulevard, Suite 300
3  Roseville, California 95661
   Telephone: (916) 783-6262
4  Facsimile: (916) 783-6252

5  Attorneys for Use Plaintiff Yamas
   Environmental Systems, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES, for the Use of YAMAS ENVIRONMENTAL SYSTEMS, INC., a  12  California corporation,  13                    Plaintiff;  14  v.  15  TREMCO INCORPORATED, an Ohio corporation; KAISER AIR CONDITIONING AND  16  SHEET METAL, INC.; a California corporation; and DOES 1 through 10 Inclusive;  17                    Defendants. | Case No. 2:10-cv-01954 JAM EFB  **NOTICE OF SETTLEMENT AND DISMISSAL** |
| 18  WEATHERPROOFING TECHNOLOGIES, INC.,  19  an Ohio corporation;  20                    Plaintiff in Intervention;  21  v.  22  YAMAS ENVIRONMENTAL SYSTEMS, INC., a California corporation, and ROES 1 through 10,  23  Inclusive;  24                    Defendants in Intervention. | |

25

26  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27      PLEASE TAKE NOTICE that Plaintiff, Yamas Environmental Systems, Inc., Defendants,

28  Tremco Inc., and Kaiser Air Conditioning and Sheet Metal, Inc., and Plaintiff in Intervention,

---
Case No. 2:10-cv-01954 JAM EFB

{00950550.DOC; 1}    NOTICE OF SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  Weatherproofing, Inc., hereby notify the Court that the parties have executed a settlement agreement
2  resolving this matter.
3      NOTICE IS HEREBY GIVEN that the parties stipulate to dismissal of this action with prejudice.
4  Dated:  December 5, 2011                                        **SPROUL TROST, LLP**

By:   /s/ Thomas G. Trost
      Thomas G. Trost
      Jason M. Sherman
      Attorneys for Plaintiff Yamas Environmental
      Systems Inc.

**IT IS SO ORDERED**.

DATED:  12/6/2011                                        /s/ John A. Mendez_____
      United States District Court Judge

2
NOTICE OF SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com